FILED
CLERK, U.S. DISTRICT COURT

3/12/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR 5:21-cr-00052-JGB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [29 U.S.C. § 501(c): Embezzlement and Theft of Labor Union Assets] |
| STEPHEN ROOZE, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH FOUR

[29 U.S.C. § 501(c)]

On or about the dates set forth below, in San Bernardino County, within the Central District of California, and elsewhere, defendant STEPHEN ROOZE, while an officer and employee of the International Brotherhood of Locomotive Engineers and Trainmen ("BLET"), Division 662 ("BLET 662"), a labor organization engaged in an industry affecting commerce, knowingly and with intent to defraud, embezzled, stole, and unlawfully and willfully abstracted and converted to his own use, the moneys, funds, securities, property, and other assets of BLET 662, by issuing and signing checks from the bank account of BLET

662 in the following amounts, to pay for personal expenses of defendant ROOZE and others known and unknown to the Grand Jury:

| Count | Dates | Check Number | Payable To | Amount |
|---|---|---|---|---|
| ONE | September 18, 2017 | 1327 | Nissan Motors | $623.00 |
| TWO | December 17, 2017 | 1338 | Best Buy Credit | $151.00 |
| THREE | January 17, 2018 | 1340 | Best Buy Credit | $187.00 |
| FOUR | March 18, 2019 | 1373 | Best Buy Credit | $87.00 |

A TRUE BILL

/S/
_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

JASON C. PANG
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section